☒ FILED   ☐ LODGED

# Dec 27 2018

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Umar Sherrfi Ibrahim #262024
_Name and Prisoner/Booking Number_

ASPC-Eyman   Smu·1
_Place of Confinement_

P.O Box 4000   4·D·1
_Mailing Address_

Florence, Az 85132
_City, State, Zip Code_

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Umar Sherrfi Ibrahim )
_(Full Name of Plaintiff)_      Plaintiff, )
)
vs. )   CASE NO. CV-18-4942-PHX-JJT-JFM
)           (To be supplied by the Clerk)
(1) The Facility Health )
_(Full Name of Defendant)_ )
(2) Administration for )
)           **CIVIL RIGHTS COMPLAINT**
(3) Corizon. )               **BY A PRISONER**
)
(4) )
Defendant(s). )   ☒ Original Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )   ☐ First Amended Complaint
)   ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: ASPC-Eyman Smu·1

**550/555**

**B. DEFENDANTS**

1.  Name of first Defendant: _Corizon_ . The first Defendant is employed as:
    _Contracted by AzDoc Medical_ at _Az State Prison_ .
            (Position and Title)                                  (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as:
    _____ at _____
            (Position and Title)                                  (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as:
    _____ at _____
            (Position and Title)                                  (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____ at _____
            (Position and Title)                                  (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C. PREVIOUS LAWSUITS**

1.  Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☑ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _____
*Amendment 8*

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   I had an injury to my right hand. That required immediate surgery. I waited 7 for months before the surgery was approved. I inquired multiple staff and medical staff to see what was taking so long and I kept getting stonewalled. I completed the Grievance process and was retaliated as a result. All of this with while waiting in pain to be treated for my injury. Only at the last minute (7 months later) when I threatened a lawsuit did they send me for surgery.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Corizon failed to have me sent for surgery in a timely manner resulting in my broken hand to heal wrong, over the course of several months, and now I may never have full function of my hand.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT II

1.   State the constitutional or other federal civil right that was violated: _____

_____

2.   **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety   ☐ Other:_____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?      ☐ Yes    ☐ No
   b.   Did you submit a request for administrative relief on Count II?      ☐ Yes    ☐ No
   c.   Did you appeal your request for relief on Count II to the highest level?      ☐ Yes    ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____

## COUNT III

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities            ☐ Mail                ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings     ☐ Property            ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety   ☐ Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.   **Administrative Remedies.**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                                ☐ Yes    ☐ No
b.   Did you submit a request for administrative relief on Count III?          ☐ Yes    ☐ No
c.   Did you appeal your request for relief on Count III to the highest level?  ☐ Yes    ☐ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

1st: Compensation in the Amount of 250,000 dollars including any and all legal fee's for this Complaint, 2nd: for Corizon to Change it's policies and procedures resulting in it's delayed actions to those seeking medical attention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12·17·18
_____
            DATE

_____
            SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6